# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL SULLIVAN KENNEDY

NO. 2021 KW 1375

**JANUARY 21, 2022**

---

In Re:   Michael Sullivan Kennedy, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-19-06045.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of East Baton Rouge Parish reflects relator's Motion to Quash was withdrawn at a hearing held on November 30, 2021.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT